UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERGIO'S POOL SERVICE, INC.       :
                                  :
            v.                    :       NO.: 2009-CV-3715
                                  :
LEHIGH HANSON, INC.               :

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Lehigh Hanson, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock.

Lehigh Hanson, Inc. is a wholly-owned, indirect subsidiary of Heidelberg Cement AG which is publicly traded on the German Stock Exchange.

| October 2, 2009 | /s/ Thomas P. Bracaglia |
| Date | Signature |
| | Counsel for: Lehigh Hanson, Inc. |

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING SUPPLEMENTAL FILING. A party must:

(1) file the Rule 7.1(a) statement with its first appearance, pleadings, petition, motion, response, or other request addressed to the court, and

(2) promptly file a supplemental statement upon any change in the information that the statement requires.

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below true and correct copy of Defendant, Lehigh Hanson, Inc.'s Disclosure Statement Form in the above-captioned matter on this date by ECF filing:

Shannon Doman, Esquire
LAW OFFICES OF SHANNON DOMAN
8133 Easton Road, Suite 101
Ottsville, PA  18942

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

Dated:   10/2/09        BY:   */s/ Thomas P. Bracaglia*
THOMAS P. BRACAGLIA, ESQ.
Attorney Identification No. 32330
JOANNA D. BUCHANICO, ESQ.
Attorney Identification No. 201095
Attorneys for Defendant,
Lehigh Hanson, Inc.

1845 Walnut Street, 21st Floor
Philadelphia, PA  19103
(215) 575-4558/575-2603